# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**PHILLIP TYGRET,**

    **Plaintiff,**

**v.**                                   **CASE NO. :  8:18-cv-03113-JSM-AEP**

**ENTERPRISE LEASING**
**COMPANY PF FLORIDA, LLC,**

    **Defendant.**
_____/

## **PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

☐     IS           related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

☒     IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 4th day of January, 2019.

        Respectfully submitted,

*/s/ Luis A. Cabassa*

**LUIS A. CABASSA**
Florida Bar Number: 0053643
Direct Dial: 813-379-2565
**STEVEN G. WENZEL**
Florida Bar Number: 159055
Direct Dial: 813-223-6545
**ANTHONY M. KNIGHT**
Florida Bar Number: 1010530
Direct Dial: -813-321-4085
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Facsimile No.: 813-229-8712
Email: lcabassa@wfclaw.com
Email: swenzel@wfclaw.com
Email: aknight@wfclaw.com
Email: twells@ wfclaw.com
Email: rcooke@wfclaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of January, 2019, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system. I further certify that I mailed a true and accurate copy of the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Enterprise Leasing Company of Florida, LLC
c/o C T Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

**LUIS A. CABASSA**