# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**PHILLIP TYGRET,**

     **Plaintiff,**

**v.**                                  **CASE NO:  8:18-cv-03113-JSM-AEP**

**ENTERPRISE LEASING COMPANY
OF FLORIDA, LLC**

     **Defendant.**

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiff, PHILLIP TYGRET, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, ENTERPRISE LEASING COMPANY OF FLORIDA, LLC, has been settled.

Dated this 9th day of May, 2019.

Respectfully submitted,

_____
Luis A. Cabassa
Florida Bar No. 0053643
Wenzel Fenton Cabassa P.A.
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Direct No.: (813) 379-2565
Facsimile No.: 813-229-8712
Email: lcabassa@wfclaw.com
Email: twells@wfclaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of May, 2019, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Steven A. Siegel
Fisher & Philips, LLP450 E. Las Olas Blvd, Suite 800
Ft. Lauderdale, FL 33301
Email: ssiegel@laborlawyers.com

_____
Luis A. Cabassa